KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
KATHERINE B. DOWLING (SBN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6833
    Facsimile: (415) 436-6748
    Email: katherine.dowling@usdoj.gov

Attorneys for Federal Defendants
Sonoma County Indian Health Project, Inc.
and Ellen Kruusmagi, MD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLE TAPIA,<br>    Plaintiff,<br>vs.<br>SUTTER MEDICAL CENTER OF SANTA ROSA; SUTTER HEALTH; SONOMA COUNTY INDIAN HEALTH PROJECT; INC.; ELLEN KRUUSMAGI, M.D.; KURT O. DOGGWILER, M.D.; and DOES 1 through 20, Inclusive,<br>    Defendants. | No. C 05-3868 JSW<br>**E-FILING CASE**<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the Court grant a thirty-day extension of time to file a responsive pleading to this complaint, to November 3, 2005. Unless time is enlarged, Defendant's response is due on or about October 3, 2005.

    The reasons underlying Defendant's request for this thirty-day extension are set forth below.

    The United States Attorney's Office received notice of this lawsuit from Health and Human Services on September 26, 2005. On that same date, the undersigned filed a Removal, therefore, a

STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO COMPLAINT
C 05-3868 JSW

response would be due within five days on October 3, 2005, pursuant to Rule 81(c), Federal Rules of Civil Procedure.

The United States Attorney's Office needs more time to obtain and review records from the agency in order to respond to the case.

This is Defendant's first request for an extension of time. A proposed order is appended hereto for the Court's convenience.

Respectfully submitted,

DATED: 9/30/05  By: ___/s/_____
STEVEN O. TEAL
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

DATED: 9/29/05  By: ___/s/_____
KATHERINE B. DOWLING
Assistant United States Attorney
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: October 5, 2005

_____
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION EXTENDING DEFENDANT'S
TIME TO RESPOND TO COMPLAINT
C 05-3868 JSW                          2