IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLE TAPIA

Plaintiff,

v.

SUTTER MEDICAL CENTER
OF SANTA ROSA, et al.

Defendant.

No. C 03-02606

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

❑ Arbitration    ❑ ENE    ❑ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☒ Private ADR *(please identify process and provider)*

_____

Dated: _____   _____
                        Attorney for Plaintiff

Dated: _____   _____
                        Attorney for Defendant

IT IS SO ORDERED:

Dated: NOV 3 2005      _____
                        Jeffrey S. White
                        UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

G:\ADRALL\ADRPC3A.FRM                                              REV. 5/00

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 10/24/05        _Carole Tania_ (signature)
                       [Typed name and signature of plaintiff]

Dated: 10/24/05        _____ (signature)
                       [Typed name and signature of counsel for plaintiff]

Dated: _____  _____
                       [Typed name and signature of defendant]

Dated: _____  _____
                       [Typed name and signature of counsel for defendant]