IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE TAPIA,<br><br>    Plaintiff,<br><br>v.<br><br>SUTTER MEDICAL CENTER OF SANTA ROSA, et al.,<br><br>    Defendants. | No. C 05-03868 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on January 20, 2006 on Defendant's Motion to Dismiss. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be due on December 9, 2005 and Defendant's reply brief shall be due on December 16, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 21, 2005

                                                    JEFFREY S. WHITE<br>
                                                  UNITED STATES DISTRICT JUDGE