**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE TAPIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUTTER MEDICAL CENTER OF SANTA ROSA, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 05-03868 JSW<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS; REMANDING CASE TO SONOMA COUNTY SUPERIOR COURT** |

　　　Now before the Court is United States of America's ("United States") motion to dismiss Plaintiff Carole Tapia's ("Tapia") complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). Tapia filed a statement of non-opposition to the United States' motion. Therefore, the Court HEREBY GRANTS the United States' motion to dismiss Tapia's complaint as to the United States.

　　　Tapia originally filed her complaint in Sonoma County Superior Court. With the dismissal of the United States, the Court determines that jurisdiction over the remaining causes of action is lacking. District courts have inherent discretion to remand cases to state court *sua sponte* where the court lacks subject matter jurisdiction or where there is a procedural defect in the removal process. *Maniar v. FDIC*, 979 F.2d 782, 785 (9th Cir. 1992). Accordingly, the remaining claims asserted against the non-governmental defendants are HEREBY

1  REMANDED to Sonoma County Superior Court for resolution.  The Clerk shall transfer the
2  filed forthwith.
3  **IT IS SO ORDERED.**

5  Dated: December 22, 2005

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE